IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS'AND CONTRACTORS' TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL #703, <br><br>Plaintiffs, <br><br>v. <br><br>LYNNE MEYER COMPANY, <br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 06-3025 |

## **OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' Motion for Default

Judgment, and the Court having reviewed said Motion and other pleadings,

1

and the Complaint having been duly filed and served upon the Defendant, LYNNE MEYER COMPANY, and that the Defendant have failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, LYNNE MEYER COMPANY, as follows:

A. Judgment is entered in favor of the Plaintiffs and against the Defendant for liquidated damages in the amount of $525.95 for the period of April and May 2005 and for delinquent contributions in the amount of $7,124.85 for the period of July 2005 through January 2006.

B. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments heretofore referred to, or in lieu thereof, a statement covering the period for which said report is required that Defendant had no employees for whom contributions are required to be made;

C. Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $1,602.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2); and

E.  Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:  May 25 , 2006.

    FOR THE COURT:

        s/Jeanne E. Scott
        JEANNE E. SCOTT
        UNITED STATE DISTRICT JUDGE